# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-20134
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 20, 2018

Lyle W. Cayce
Clerk

LAWRENCE HIGGINS,

Plaintiff-Appellant

v.

RICHARD MORRIS, Warden; ERNEST NAVARRETE, Major; DELETA JONES, Captain,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CV-2419

Before STEWART, Chief Judge, and ELROD and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Lawrence Higgins, Texas inmate # 1060189, has appealed the district court's interlocutory order denying his motion for appointment of counsel. We will not overturn a district court's decision regarding appointment of counsel unless the appellant shows a "clear abuse of discretion." *Cupit v. Jones*, 835

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-20134

F.2d 82, 86 (5th Cir. 1987).  Because this case does not present exceptional circumstances requiring appointment of counsel, Higgins has failed to make such a showing.  *See Ulmer v. Chancellor*, 691 F.2d 209, 212 (5th Cir. 1982). The district court's order is AFFIRMED.